UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO.    MJ 14-227 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| ASHBY JASON KALELL, | ) |
| | ) |
| Defendant. | ) |

<u>Offense charged</u>:     Possession of Methamphetamine with Intent to Distribute (3 counts), Possession of Firearms in Furtherance of a Drug Trafficking Crime

<u>Date of Detention Hearing</u>:   June 10, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant has a history of alcohol and allegedly daily methamphetamine use. He is charged with possession of methamphetamine with intent to distribute on two separate dates, the second of which allegedly involved 355g of methamphetamine. He is alleged to have been dealing methamphetamine from his home, where his wife and children ages 3-11 resided. A search of the car allegedly yielded two firearms, one of which was loaded. A search of the residence allegedly yielded additional firearms and ammunition. The AUSA proffers information that defendant was seen on videotape at a post office mailing packages containing methamphetamine to Alaska in March and in April of this year.

3. The current charges expose defendant to a potential mandatory minimum sentence of between 10 and 15 years.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

DETENTION ORDER
PAGE -2

counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 10th day of June, 2014.

_____
Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3