JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR14-172RAJ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO |
| ) | SEAL DOCUMENT |
| ASHBY KALELL, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER has come before the undersigned on the motion of Peter J. Avenia to file Defendant's Sentencing Memorandum and its exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #28) is GRANTED. Defendant's Sentencing Memorandum and its exhibits shall remain filed under seal.

DATED this 20th day of February, 2015.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DOCUMENT
(Ashby Kalell, CR14-172-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100