Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>ASHBY JASON KALELL,<br><br>               Defendant. | No. CR14-172RAJ<br><br>ORDER |

THIS MATTER comes before the court on Defendant's Motion For Early Termination of Supervised Release (Dkt. # 35). The court has reviewed Defendant's motion, the Government's opposition, the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. # 35) is DENIED.

DATED this 8th day of June, 2021.

*[signature]*
The Honorable Richard A. Jones
United States District Judge

ORDER - 1